UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE LEE BAKER, III,

       Plaintiff,                 No. 2:17-cv-1484 KJN P

vs.

P. ASH,

       Defendant.          **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Tommie Lee Baker, III, inmate T-30691, a necessary and material witness in proceedings in this case on March 13, 2018, is confined in R.J. Donovan, 480 Alta Road, San Diego, California 92179, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at R.J. Donovan Correctional Facility, on March 13, 2018, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 20, 2017

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

/bake1484.841vc